# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

IN RE:
Wendy Fasulo
    Debtor.
_____/

CASE NO.: 8:14-bk-01376

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct copies of the foregoing First Amended Chapter 13 Plan have been sent via regular US Mail and/or electronic mail on this 22nd day of July, 2014, to: Terry E. Smith, Trustee, PO Box 6099, Sun City Center, FL 33571 ; Trustee; U.S. Trustee, 501 E. Polk Street, #1200, Tampa, FL 33602; Debtor, Wendy Fasulo, 927 Cypress Cove Way, Palm Harbor, FL 34685, Eugene Martell, Esquire, 201 E. Pine Street, Ste 730, Orlando, FL 32801, VT Inc, as Trustee of World Omni LT, c/o Matthew H. Scott, Esquire, Tripp Scott, PA, 110 SE 6th Street, 15th Floor, Ft Lauderdale, FL 33301; all creditors on the attached mailing matrix.

                                          /s/ Mark A. Spence
                                  MARK A. SPENCE, Atty for Debtor
                                  6400 Madison Street
                                  New Port Richey, FL 34652
                                  (727) 846-1777
                                  FBN 331821

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s): **Wendy Fasulo**                    Case No: **14-01376**

[ **#1** Amended (if applicable)] Chapter 13 Plan

**CHECK ONE:**

\_\_\_\_\_ The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_\_**x**\_\_ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 5 below. Any nonconforming provisions not set forth in paragraph 5 are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of **60** months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.  $ **600.00** for months **1** through **4** ;
B.  $ **300.00** for months **5** through **60** ;
C.  $_____ for months \_\_\_\_\_ through \_\_\_\_\_ ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $ 3,719.00 TOTAL PAID $3,719.00**

**Balance Due $ .00**        **Payable Through Plan $ .00   Monthly**

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

| Name of Creditor | Total Claim |
|---|---|
| IRS | $2,300.00 |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**          **Collateral**       **Adequate Protection Pmt. in Plan**

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

**Name of Creditor**          **Collateral**       **Estimated Payment**

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

**Name of Creditor**          **Collateral**       **Arrearages**

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

**Name of Creditor**    **Collateral**       **Payment Amt (at 31%)**

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate

2

shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

**Creditor       Collateral   Ad. Prot. Pmt.   Sec. Balance     Interest**

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

**Creditor      Collateral     Ad. Prot Pmt. in Plan   Value   Interest @ _____%**

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

**Name of Creditor    Collateral    Ad. Prot. Pmt. in Plan         Arrearages**

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

<u>**Name of Creditor**</u>                                                        <u>**Property/Collateral**</u>

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| **Name of Creditor** | **Property/Collateral to be Surrendered** |
|---|---|
| **Bank of America** | **1732 Lago Vista Blvd** <br> **Palm Harbor, FL 34685** |
| **Carrington Mortgage** | **927 Cypress Cove Way** <br> **Tarpon Springs, FL 34668** |
| **Pinellas County Tax Collector** | property taxes |

3

| | |
|---|---|
| **SunTrust Bank** | 927 Cypress Cove Way<br>Tarpon Springs, FL 34668 |
| **Pinellas County Tax Collector** | property taxes |
| **IRS (Amend Claim #5)** | 1732 Lago Vista Blvd<br>Palm Harbor, FL<br>(tax lien former husband's ½<br>Interest in property) |

**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume | Estimated Arrears |
|---|---|---|---|

**GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is **$16,100.00**

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate (check one)*

   (a) __x__ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

   (b) _____ shall vest in the Debtor upon confirmation of the Plan.

   *If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: _____
_____
_____

6. Plan will pay 100% plus Til interest to unsecured creditors.

_____          Dated: 7/21/14
Debtor  *Wendy Farullo*


_____          Dated: _____
Debtor

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:14-bk-01376-KRM<br>Middle District of Florida<br>Tampa<br>Tue Jul 22 15:48:51 EDT 2014 | Christiana Trust, A Division of Wilmington S<br>c/o Carrington Mortgage Services, LLC<br>1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705-4931 | Wendy A. Fasulo<br>927 Cypress Cove Way<br>Tarpon Springs, FL 34688-7370 |
| VT Inc, as Trustee of World Omni LT<br>c/o Matthew H. Scott, Esq<br>110 SE 6th Street<br>15th Floor<br>Fort lauderdale, Fl 33301-5004 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Advanta Credit Card<br>PO Box 9217<br>Old Bethpage, NY 11804-9017 |
| Advanta Credit Cards<br>PO Box 31032<br>Tampa, FL 33631-3032 | American Education Services<br>1200 N 7th Street<br>Harrisburg, PA 17102-1419 | American Education Services.<br>660 Boas Street<br>Harrisburg, PA 17102-1324 |
| American Express<br>777 American Express Way<br>Fort Lauderdale, FL 33337-0002 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express.<br>PO Box 6618<br>Omaha, NE 68106-0618 |
| American Express.<br>PO Box 981537<br>El Paso, TX 79998-1537 | Anthony Fasulo<br>PO Box 260234<br>Tampa, FL 33685-0234 | Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank<br>PO Box 650007<br>Dallas, TX 75265-0007 | Carrington Mortgage Services<br>PO Box 54285<br>Irvine, CA 92619-4285 | Carrington Mortgage Services<br>PO Box 79001<br>Phoenix, AZ 85062-9001 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Christiana Trust c/o Selene Finance LP<br>9990 Richmond Ave. Suite 400S<br>Houston, TX 77042-8500 | Christiana Trust, Div. Wilmington Sav. Fund<br>Tr. Stanwich Mortg. Loan Trust, 2012-13<br>c/o Carrington Mortg. Servs.<br>1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705-4931 |
| CitiBank South Dakota.<br>c/o Midland Funding<br>8875 Aero Dr.<br>Suite 200<br>San Diego, CA 92123-2255 | Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Citifinancial<br>605 Munn Rad E<br>C/S Care Dept<br>Fort Mill, SC 29715-8421 |
| Citifinancial<br>c/o MCM<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Citifincial.<br>605 Munn Road E<br>Fort Mill, SC 29715-8421 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |

| | | |
|---|---|---|
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Exxon/ Mobil/ CBSD NA.<br>Citibank Credit<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | FIA Card Services.<br>c/o Erskine & Fleischer, P.A<br>55 Weston Road<br>Suite 300<br>Fort Lauderdale, FL 33326-1170 | Fannie Mae<br>950 E Paces Ferry Road<br>Ste 1800<br>Atlanta, GA 30326-1384 |
| GECRB/ Sam's Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Hayt, Hayt & Landau, P.L.<br>7765 SW 87th Avenue<br>Ste 101<br>127350, FL 33173-2535 | Hillcrest Davidson & Assoc..<br>850 N. Dorothy Drive<br>Suite 512<br>Richardson, TX 75081-2794 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Home Depot/ Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | IRS<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | LTD Financial Service, LP<br>7322 Southwest Freeway<br>Ste 1600<br>Houston, TX 77074-2134 |
| Lowe's/ GECRB<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Macys<br>PO Box 8218<br>Mason, OH 45040-8218 | Macys<br>Payment Processing<br>PO Box 183083<br>Columbus, OH 43218-3083 |
| Midland Credit Management<br>8875 Aero Drive<br>Ste 200<br>San Diego, CA 92123-2255 | NCO Financial Systems, Inc<br>PO Box 1594<br>Wilmington, DE 19899-1594 | National Credit Adjusters<br>327 W 4th Avenue<br>Hutchinson, KS 67501-4842 |
| Nationwide Credit, Inc.<br>PO Box 263164<br>Lehigh Valley, PA 18002-6314 | Orsatti & Associates, P.A.<br>3204 Alt 19 N.<br>Palm Harbor, FL 34683-1934 | Pinellas County Clerk<br>315 Court Street<br>Clearwater, FL 33756-5165 |
| Pinellas County Tax Collector<br>PO Box 4006<br>Seminole, FL 33775-4006 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Racole Henry, Esquire<br>Aldridge Connors, LLP<br>1615 S Congress Avenue<br>Ste 200<br>Delray Beach, FL 33445-6326 |
| SM Restorations Inc dba<br>Service Master 24 Hour<br>7840 Professional Place<br>Tampa, FL 33637-6744 | SRA Associates, Inc.<br>401 Minnetonka Road<br>Somerdale, NJ 08083-2914 | Safe Home Security, Inc.<br>55 Sebethe Dr<br>#201<br>Cromwell, CT 06416-1054 |

| | | |
|---|---|---|
| Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | SunTrust<br>PO Box 85526<br>Richmond, VA 23285-5526 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| SunTrust Bank<br>PO Box 791274<br>Baltimore, MD 21279-1274 | Suntrust Mortgage<br>PO Box 85526<br>Richmond, VA 23285-5526 | VT Inc. as Trustee of World Omni LT<br>c/o Matthew H. Scott, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| Wagner & Hunt, P.A.<br>PO Box 934788<br>Margate, FL 33093-4788 | Wells Fargo Bank, N.A.<br>PO Box 10335<br>Des Moines, IA 50306-0335 | World Omni.<br>PO Box 91614<br>Mobile, AL 36691-1614 |
| Terry E Smith +<br>PO Box 6099<br>Sun City Center, FL 33571-6099 | Mark A Spence +<br>Mark A Spence, P.A.<br>6400 Madison Street<br>New Port Richey, FL 34652-2342 | United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Matthew H Scott +<br>Tripp Scott, PA<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Pinellas County Tax Collector (AB) +<br>PO Box 4006<br>Seminole, FL 33775-4006 | Eugene Martell +<br>Lender Legal Services LLC<br>201 E. Pine Street<br>Suite 730<br>Orlando, FL 32801-2763 |
| Liana Mikhlenko +<br>Law Offices of Michelle Ghidotti<br>5120 E. La Palma Ave., Ste. 206<br>Anaheim Hills, FL 92807-2091 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America.<br>PO Box 982235<br>El Paso, TX 79998-2238 | (d)Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285 | Discover Financial Services.<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| Home Depot<br>Processing Center<br>Des Moines, IA 50364-0001 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Christiana Trust c/o Selene Finance LP, as

(d)American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(u)Nick Marcis

End of Label Matrix
Mailable recipients   75
Bypassed recipients    3
Total                 78