ORDERED.

Dated:  June 03, 2015

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                       Case No. 8:14-bk-01376-KRM
                                                                                Chapter 13

WENDY A. FASULO

       Debtor.
_____/

**ORDER LIFTING THE AUTOMATIC STAY**
**IN FAVOR OF BANK OF AMERICA NA**

      **THIS CASE** came before the Court on negative notice pursuant to the Amended Motion for Relief from the Automatic Stay filed by BANK OF AMERICA NA ("Secured Creditor") [d.e. #46], and no appropriate response having been filed in accordance with Local Rule 2002-4, it is:

      **ORDERED:**

      1.    Secured Creditor's Motion for Relief from the Automatic Stay is granted.

      2.    The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the real property located at **1732 Lago Vista Boulevard, Palm Harbor, Florida 34685**, legally described as:

      **LOT 167, OF BOOT RANCH EAGLE WATCH PHASE C REPLAT,**
      **ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT**

**BOOK 109, PAGE 64, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**

3.  This Order Lifting the Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies against the subject property, and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor(s).

4.  Notices required by state law may be sent directly to Debtor(s).

5.  The Court in its discretion waives the fourteen (14) day stay of the Order Lifting the Automatic Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Attorney Alice A. Blanco is directed to serve a copy of this order on interested parties who are non CM/ECF users and file a proof of service within 3 days of entry of the order.